IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

3:19mj69-EMT

v.                                    INFORMATION

KYLE T. MCNAMARA
_____/

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about November 29, 2018, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**KYLE T. MCNAMARA,**

did unlawfully trespass on military property, after having received a written warning barring re-entry onto military property, in violation of Title 18, United States Code, Section 1382.

_____          3/19/2019
LAWRENCE KEEFE                            DATE
United States Attorney